MAR - 1, 2004

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CONNER, WILLIAM C. | United States District Court Southern District of New York | 03/05/04 |

| 4. Title *(Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | __ Nomination, Date _____ <br> __ Initial   X Annual   __ Final | 01/01/03 to 12/31/03 |

| 7. Chambers or Office Address <br> United States Courthouse <br> 300 Quarropas Street, Room 630 <br> White Plains, New York  10601-4150 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X   NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X   NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

FINANCIAL DISCLOSURE OFFICE

MAR 15  11 15 AM '04

RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X   NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ]   NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/05/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 TYCO Int'l Common Stock | A | Div. | M | T | | | | | |
| 2 SPS Technologies " " | | | | | Transfer (Merger) | 7/1 | L | | |
| 3 Precision Casting" " | A | " | L | T | Acquire (Merger) | 7/1 | L | | |
| 4 Merichem Corp. " " | A | " | L | U | | | | | |
| 5 N.Y. Dorm. Auth. Bonds | B | " | K | T | | | | | |
| 6 N.Y. Med. Care Facil. ." | D | " | M | T | | | | | |
| 7 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 8 N.Y. Trans. Fin. Auth. " | C | " | L | T | | | | | |
| 9 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 10 N.Y. Loc. Gov. Asst. " | B | " | K | T | Partial Redemp. | 4/1 | J | | |
| 11 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 12 N.Y. Loc. Gov. Asst. " | D | " | M | T | | | | | |
| 13 N.Y.C. Ser. G " | B | " | K | T | | | | | |
| 14 N.Y.C. Ser. J " | B | " | K | T | | | | | |
| 15 N.Y. UDC Correc. Fac. " | B | " | K | T | | | | | |
| 16 N.Y. Energy R&D " | B | " | K | T | | | | | |
| 17 N.Y. Dorm. Auth. " | B | Int. | | | Sell | 10/24 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/05/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 N.Y. Trans. Fin. Auth.Bonds | B | Int. | L | T | | | | | |
| 2 N.Y. Dorm. Auth. " | B | " | | | Sell | 10/24 | K | | |
| 3 N.Y.C. Water Auth. " | D | " | N | T | | | | | |
| 4 L.I. Power Auth. " | B | " | | | Redemp. | 6/1 | K | | |
| 5 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 6 L.I. Power Auth. " | B | " | | | " | 6/1 | K | | |
| 7 N.Y.C. Trans.Fin.Auth. " | B | " | K | T | | | | | |
| 8 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 9 N.Y.C. Ind.Devel.Agy. " | C | " | | | Sell | 11/7 | L | | |
| 10 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 11 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 12 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 13 L.I. Power Auth. " | C | " | L | T | | | | | |
| 14 Port Authority " | C | " | L | T | | | | | |
| 15 N.Y. Mtg. Agy. " | C | " | | | " | 11/7 | L | | |
| 16 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 17 N.Y.C. Water Auth. " | D | " | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/05/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 N.Y.C. Water Auth. Bonds | C | Int. | L | T | | | | | |
| 2 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 3 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 4 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 5 N.Y. Med. Care Facil. " | C | " | L | T | | | | | |
| 6 N.Y. Urban Dev. Corp. " | B | " | | | Sell | 10/24 | L | | |
| 7 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 8 N.Y. Dorm. Auth. " | D | " | N | T | | | | | |
| 9 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 10 Triboro B & T Auth. " | C | " | L | T | | | | | |
| 11 Met. Trans. Auth. " | D | " | M | T | | | | | |
| 12 Met. Trans. Auth. " | D | " | M | T | | | | | |
| 13 Met. Trans. Auth. " | C | " | L | T | | | | | |
| 14 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 15 N.Y. Urban Dev. Corp. " | C | " | L | T | | | | | |
| 16 Met. Trans. Auth. " | D | " | M | T | | | | | |
| 17 Triboro B & T Auth. " | C | " | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/05/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Port Authority Bonds | C | Int. | L | T | | | | | |
| 2 N.Y. Dorm. Auth. " | B | " | L | T | Buy | 1/30 | L | | |
| 3 Triboro B & T Auth. " | B | " | L | T | " | 2/3 | L | | |
| 4 N.Y. Dorm. Auth. " | B | " | L | T | " | 2/5 | L | | |
| 5 N.Y. Dorm. Auth. " | B | " | L | T | " | 4/1 | L | | |
| 6 N.Y. Environ. Fac. " | B | " | L | T | " | 4/2 | L | | |
| 7 Port Authority " | B | " | M | T | " | 5/1 | M | | |
| 8 N.Y. Gen. Oblig. " | B | " | L | T | " | 6/4 | L | | |
| 9 N.Y. Dorm. Auth. " | B | " | L | T | " | 8/5 | L | | |
| 10 Triboro B & T Auth. " | B | " | M | T | " | 9/3 | M | | |
| 11 Triboro B & T Auth. " | B | " | M | T | " | 10/24 | M | | |
| 12 N.Y.C. Trans.Fin.Auth. " | B | " | M | T | " | 10/27 | M | | |
| 13 L.I. Power Auth. " | A | " | L | T | " | 11/5 | L | | |
| 14 Triboro B & T Auth. " | A | " | M | T | " | 11/7 | M | | |
| 15 N.Y.C. Mun. Wtr. Auth. " | A | " | M | T | " | 12/2 | M | | |
| 16 Triboro B & T Auth. " | A | " | M | T | " | 12/16 | M | | |
| 17 N.Y.C. Mun. Wtr. Auth. " | A | " | K | T | " | 12/31 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,0000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated. | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/05/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 First Trust Ins.Munic.:Bonds | | | | | | | | | |
| 2  Series 19 | A | Int. | J | T | | | | | |
| 3  Series 22 | A | " | J | T | | | | | |
| 4 Insured Munic.Inc.Trust:Bonds | | | | | | | | | |
| 5  Series 21 | A | " | J | T | | | | | |
| 6  Series 64 | A | " | J | T | | | | | |
| 7  Series 73 | A | " | J | T | Partial Redemp. | 9/25 | J | | |
| 8 Empire Gtd.Mun.ExTrust:Bonds | | | | | | | | | |
| 9  Series 36 | A | " | J | T | | | | | |
| 10  Series 41 | A | " | J | T | " | 6/1 | J | | |
| 11  Series 47 | A | " | | | Redemp. | 9/15 | J | | |
| 12  Series 58 | B | " | J | T | | | | | |
| 13  Series 59 | B | " | | | " | 10/1 | J | | |
| 14  Series 63 | A | " | J. | T | | | | | |
| 15  Series 64 | A | " | J | T | Partial Redemp. | 8/1 | J | | |
| 16  Series 74 | A | " | K | T | " | 8/1 | J | | |
| 17  Series 80 | A | " | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/05/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1  Series 82 | A | Int. | | | Redemp. | 4/1 | J | | |
| 2  Series 84 | A | " | J | T | | | | | |
| 3  Series 87 | B | " | K | T | " | 12/1 | J | | |
| 4  Series 91 | B | " | J | T | Partial Redemp. | 6/1 12/1 | J | | |
| 5  Series 95 | A | " | | | Redemp. | 12/1 | K | | |
| 6  Series 96 | A | " | | | " | 5/30 | K | | |
| 7  Series 98 | C | " | K | T | Partial Redemp. | 2/1 5/1 | K | | |
| 8  Series 99 | C | " | | | Redemp. | 7/1 | K | | |
| 9  Series 100 | C | " | J | T | Partial Redemp. | 8/1 10/5 | K | | |
| 10  Series 101 | B | " | | | Redemp. | 4/1 5/1 | J | | |
| 11  Series 102 | B | " | J | T | Partial Redemp. | 4/1 | J | | |
| 12  Series 104 | C | " | L | T | | | | | |
| 13  Series 105 | B | " | K | T | | | | | |
| 14  Series 106 | B | " | K | T | | | | | |
| 15  Series 107 | D | " | M | T | " | 6/1 | J | | |
| 16  Series 108 | C | " | L | T | | | | | |
| 17  Series 109 | C | " | K | T | " | 10/15 | J | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/05/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1  Series 110 | C | Int. | K | T | | | | | |
| 2  Series 111 | B | " | J | T | Partial Redemp. | 4/1 | J | | |
| 3  Series 112 | C | " | K | T | " | 6/1 | J | | |
| 4  Series 113 | D | " | L | T | " | 2/1 4/1 | K | | |
| 5  Series 114 | C | " | K | T | " | 6/1 | J | | |
| 6  Series 115 | B | " | J | T | " | 4/1 | J | | |
| 7  Series 116 | D | " | L | T | " | 2/1 4/1 | K | | |
| 8  Series 118 | C | " | K | T | " | 10/15 | J | | |
| 9  Series 119 | C | " | K | T | " | 12/1 | K | | |
| 10 Series 120 | B | " | K | T | " | 10/1 | J | | |
| 11 Series 122 | D | " | L | T | | | | | |
| 12 Series 124 | D | " | M | T | " | 6/1 | J | | |
| 13 Series 125 | C | " | L | T | | | | | |
| 14 Series 126 | D | " | L | T | " | 8/15 | K | | |
| 15 Series 127 | D | " | L | T | " | 2/1 | K | | |
| 16 Series 128 | B | " | K | T | " | 7/15 | K | | |
| 17 Series 129 | D | " | L | T | " | 2/7 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/05/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, | | | | | | | | | |
| 1   Series 130 | B | Int. | K | T | | | | | |
| 2   Series 131 | C | " | L | T | | | | | |
| 3   Series 132 | D | " | L | T | Partial Redemp. | 5/1 10/15 | K | | |
| 4   Series 133 | D | " | M | T | " | 10/15 12/1 | J | | |
| 5   Series 134 | B | " | K | T | | | | | |
| 6   Series 135 | D | " | L | T | " | 8/15 | K | | |
| 7   Series 136 | C | " | L | T | " | 5/1 | J | | |
| 8   Series 137 | C | " | K | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 The Bank of New York 1/ | A | Int. | L | T | | | | | |
| 12 Astoria Federal Savings 2/ | A | " | J | T | | | | | |
| 13 Farm, Itasca, Texas | A | Rent | K | W | | | | | |
| 14 | | | | | | | | | |
| 15   1/ Accounts in names of ▮▮▮▮ self at Dobbs Ferry, N.Y. Branch. | | | | | | | | | |
| 16   2/ Savings account in ▮▮▮▮ at Hastings N.Y. Branch. | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting WILLIAM C. CONNER | Date of Report 03/05/04 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___March 5, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544